NO iFP

FULL NAME
RICARDO C_____

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
1627 S. Hargrave St
Banning, CA 92220

PRISON NUMBER (if applicable)
BKI/# 202205089

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 2 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ricardo Camarillo

PLAINTIFF,

v.

____ (et al.)

DEFENDANT(S).

CASE NUMBER 5:22-cv-01670-AB-(MAA)
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants  CHAD _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Ricardo _____
                                                              (print plaintiff's name)
who presently resides at Larry D. Smn. 1627 S. Hargrave St Banning CA,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Larry D. Smn Correctional Facility 1627 S. Hargrave St Banning CA 92220
                         (institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                          Page 2 of 6

on (date or dates) 05-15-20__ , _____ , _____ .
                        (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  CHAD BIANCO  resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   Head of Riverside Sheriff
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Head of Riverside Sheriff Also said in
   the Newspaper Covid-19 Did not affect in m_

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Monsery gain, One hundred [illegible] Dolla[r]

_9-14-22_
(Date)

_[signature]_
(Signature of Plaintiff)

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

First amendment, Second amendment, eight amendment, thirteen amendment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

05-15-2022 Tested Positive for Covid-19 I was housed with Infected inmates, And they still Kept housing Infected Inmates In the same Dorm

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Ricardo [illegible]
1657 S. Hargrave St.
Banning, California

SN BERNARDINO CA 923
19 SEP 2022 PM 5 L

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP
CENTRAL DISTRICT OF
BY

OFFICIAL BUSINESS

United States District Court
Central District of California
Office of the Clerk
411 West Fourth St, Suite 1-053
Santa Ana, Calif, 92701-4516

92701-450099